IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMARIO HODGES, JAMARCUS WALKER
AND LUCAS JACKSON                                                              PLAINTIFFS

VERSUS                                            CIVIL ACTION NO. 4:19-CV-110-SA-JMV

FASTENAL COMPANY
AND JUAN JAMES, JR.                                                            DEFENDANTS

CONSOLIDATED WITH

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KENDALL KIZART                                                                 PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 4:19-CV-118-SA-JMV

FASTENAL COMPANY
AND JUAN JAMES, JR.                                                            DEFENDANTS

---

### AGREED ORDER OF DISMISSAL

---

THIS MATTER IS BEFORE THE COURT on the joint motion *Ore Tenus* of the parties, who, by and through counsel, are seeking a full dismissal with prejudice of all claims, announce that all matters and things herein at issue have been resolved, and that this action should be fully and finally dismissed with prejudice.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this cause be and is hereby dismissed with prejudice as to the Defendants, Fastenal Company and Juan James, Jr., and that the Defendants are released in all respects with no further liability on any matters relating to this civil action for claims or liens, known or unknown, relating to this lawsuit or the claims giving rise to this action, with each party to bear its own costs.

SO ORDERED this the 29th day of \_\_\_\_\_April\_\_\_\_\_, 2020.

*Sharion Aycock*
DISTRICT COURT JUDGE

Agreed:

Todd Jeffries, MS Bar No. 100042
Povall and Jeffries, P.A.
P.O. Drawer 1199
Cleveland, MS 38732
Ph: 662-843-9948
Fax: 662-843-9957
stjeffreys@bellsouth.com

Thandi Wade, MS Bar No. 10464
Tatum & Wade, PLLC
P.O. Drawer 22688
Jackson, MS 39225
Ph: 601-948-7770
Twade42@aol.com

Derek Hopson, Sr., MS Bar No. 10514
Hopson Law Group
Post Office Box 226
Clarksdale, MS 38614
Ph: 662-624-4100
Fax: 662-621-9197
derekhopsonsr@hopsonlawfirm.net

Robert E. Briggs, MS Bar No. 99527
LAW OFFICES OF SCOTT C. CAMPBELL
10 Canebrake Blvd., Suite 220
Flowood, MS 39232
Telephone: (601) 572-3546
Facsimile: (855) 848-0740
bbriggs@travelers.com